HEAVENLY SPIRITS INC
? LINCOLN ROAD
MIAMI BEACH FL 33139

## Weekly Time Sheet

**NAME OF EMPLOYEE:** OTTMAN ELGHALEMI
**FOR WEEK ENDING:** 10-8-12 – 10.14.12
**DEPARTMENT:** Server
**EXEMPTIONS:**

| DAY OF WEEK | MORNING IN | MORNING OUT | AFTERNOON IN | AFTERNOON OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS | WAGE 7.31 X HOURS | DECLARED TIPS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY |  |  | 5:00 | 1:00 |  |  | 8 | 58;48 | 1 |
| TUESDAY |  |  | 5:00 | 1:00 |  |  | 8 | 58;48 | 2 |
| WEDNESDAY |  |  | 5:00 | 1:00 |  |  | 8 | 58;48 | 1 |
| THURSDAY |  |  | 5:00 | 1:00 |  |  | 8 | 58;48 | 0 |
| FRIDAY |  |  |  |  |  |  |  |  |  |
| SATURDAY |  |  |  |  |  |  |  |  |  |
| SUNDAY |  |  |  |  |  |  |  |  |  |
| TOTAL HOURS |  |  |  |  |  |  | 32 | 233.92 | 4 |

NO PERSON PERMITTED TO WORK OVERTIME WITHOUT SPECIAL AUTHORIZATION!
THIS TIME SHEET MUST BE PERSONALLY FILLED OUT AND SIGNED BY EMPLOYEE.
I ACKNOWLEDGE THAT I RECEIVED ALL REQUIRED HOURLY WAGES, OVERTIME WAGES (IF ANY) AND TIPS WHICH I DECLARED MYSELF.

AUTHORIZATION OF OVERTIME _____    EMPLOYEE SIGNATURE _____

---

HEAVENLY SPIRITS INC
? LINCOLN ROAD
MIAMI BEACH FL 33139

## Weekly Time Sheet

**NAME OF EMPLOYEE:** OTTMAN ELGHALEMI
**FOR WEEK ENDING:** 10-15-12 – 10-21-12
**DEPARTMENT:** Server
**EXEMPTIONS:**

| DAY OF WEEK | MORNING IN | MORNING OUT | AFTERNOON IN | AFTERNOON OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS | WAGE 7.31 X HOURS | DECLARED TIPS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY |  |  | 5:00 | 1:00 |  |  | 8 | 58;48 | 2 |
| TUESDAY |  |  | 5:00 | 1:00 |  |  | 8 | 58;48 | 0 |
| WEDNESDAY |  |  | 5:00 | 1:00 |  |  | 8 | 58;48 | 0 |
| THURSDAY |  |  | 5:00 | 1:00 |  |  | 8 | 58;48 | 1 |
| FRIDAY |  |  |  |  |  |  |  |  |  |
| SATURDAY |  |  |  |  |  |  |  |  |  |
| SUNDAY |  |  |  |  |  |  |  |  |  |
| TOTAL HOURS |  |  |  |  |  |  | 32 | 233.92 | 3 |

NO PERSON PERMITTED TO WORK OVERTIME WITHOUT SPECIAL AUTHORIZATION!
THIS TIME SHEET MUST BE PERSONALLY FILLED OUT AND SIGNED BY EMPLOYEE.
I ACKNOWLEDGE THAT I RECEIVED ALL REQUIRED HOURLY WAGES, OVERTIME WAGES (IF ANY) AND TIPS WHICH I DECLARED MYSELF.

AUTHORIZATION OF OVERTIME _____    EMPLOYEE SIGNATURE _____

**EXHIBIT "A"**

**HEAVENLY SPIRITS INC**
433 LINCOLN ROAD
MIAMI BEACH FL 33139

## Weekly Time Sheet

| NAME OF EMPLOYEE | OTTMAN ELGHALEMI | | | | FOR WEEK ENDING 10-29-12 - 11-4-12 | | | |
|---|---|---|---|---|---|---|---|---|
| DEPARTMENT | WAITER | | | | EXEMPTIONS | | | |

| DAY OF WEEK | MORNING | | AFTERNOON | | OVERTIME | | TOTAL HOURS | FOR OFFICE USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | | WAGE 7.31 x HOURS | DECLARED TIPS |
| MONDAY | | | 5:00 | 1:00 | | | 8 | 58:49 | 0 |
| TUESDAY | | | 5:00 | 1:00 | | | 8 | 58:49 | 1 |
| WEDNESDAY | | | | | | | | | |
| THURSDAY | | | 5:00 | 1:00 | | | 8 | 58:49 | 2 |
| FRIDAY | | | | | | | | | |
| SATURDAY | | | 5:00 | 1:00 | | | 8 | 58:49 | 1 |
| SUNDAY | | | | | | | | | |
| TOTAL HOURS | | | | | | | 32 | 233.92 | 4 |

NO PERSON PERMITTED TO WORK OVERTIME WITHOUT SPECIAL AUTHORIZATION!
THIS TIME SHEET MUST BE PERSONALLY FILLED OUT AND SIGNED BY EMPLOYEE.
I ACKNOWLEDGE THAT I RECEIVED ALL REQUIRED HOURLY WAGES, OVERTIME WAGES (IF ANY) AND TIPS WHICH I DECLARED MYSELF.

AUTHORIZATION OF OVERTIME _____    EMPLOYEE SIGNATURE _____

# Weekly Time Sheet

HEAVENLY SPIRITS INC
433 LINCOLN ROAD
MIAMI BEACH FL 33139

**NAME OF EMPLOYEE:** OTTMAN EL GHALEMI
**DEPARTMENT:** WAITER
**FOR WEEK ENDING:** 11-5-12 – 11/11/12
**EXEMPTIONS:**

| DAY OF WEEK | MORNING IN | MORNING OUT | AFTERNOON IN | AFTERNOON OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS | WAGE 7.31 X HOURS | DECLARED TIPS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY |  |  | 9:00 | 5:00 |  |  | 8 | 58,48 | 1 |
| TUESDAY |  |  |  |  |  |  |  |  |  |
| WEDNESDAY |  |  | 9:00 | 5:00 |  |  | 8 | 58,48 | 0 |
| THURSDAY |  |  | 9:00 | 5:00 |  |  | 8 | 58,48 | 0 |
| FRIDAY |  |  | 9:00 | 5:00 |  |  | 8 | 58,48 | 1 |
| SATURDAY |  |  |  |  |  |  |  |  |  |
| SUNDAY |  |  |  |  |  |  |  |  |  |
| **TOTAL HOURS** |  |  |  |  |  |  |  | 232,83.92 |  |

NO PERSON PERMITTED TO WORK OVERTIME WITHOUT SPECIAL AUTHORIZATION!
THIS TIME SHEET MUST BE PERSONALLY FILLED OUT AND SIGNED BY EMPLOYEE.
I ACKNOWLEDGE THAT I RECEIVED ALL REQUIRED HOURLY WAGES, OVERTIME WAGES (IF ANY) AND TIPS WHICH I DECLARED MYSELF.

AUTHORIZATION OF OVERTIME _____   EMPLOYEE SIGNATURE _____

# Weekly Time Sheet

**HEAVENLY SPIRITS INC**
433 LINCOLN ROAD
MIAMI BEACH FL 33139

**NAME OF EMPLOYEE:** OTYMAN ELQHALEMI

**DEPARTMENT:** WATER

**FOR WEEK ENDING:** 1-19-12 – 1-25-12

**EXEMPTIONS:**

| DAY OF WEEK | MORNING IN | MORNING OUT | AFTERNOON IN | AFTERNOON OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS | WAGE 7.31 X HOURS | DECLARED TIPS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY | | | | | | | | | |
| TUESDAY | | | | | | | | | |
| WEDNESDAY | 9:00 | 5:90 | | | | | 8 | 58-48 | 1 |
| THURSDAY | 9:00 | 5:00 | | | | | 8 | 58-48 | 0 |
| FRIDAY | | | | | | | | | |
| SATURDAY | | | | | | | | | |
| SUNDAY | 9:00 | 5:00 | | | | | 8 | 58-48 | 1 |
| **TOTAL HOURS** | | | | | | | | 175-44 | 2 |

A-0503 17-35071

NO PERSON PERMITTED TO WORK OVERTIME WITHOUT SPECIAL AUTHORIZATION!
THIS TIME SHEET MUST BE PERSONALLY FILLED OUT AND SIGNED BY EMPLOYEE.
I ACKNOWLEDGE THAT I RECEIVED ALL REQUIRED HOURLY WAGES, OVERTIME WAGES (IF ANY) AND TIPS WHICH I DECLARED MYSELF.

AUTHORIZATION OF OVERTIME _____   EMPLOYEE SIGNATURE _____

# Weekly Time Sheet

**HEAVENLY SPIRITS INC**
433 LINCOLN ROAD
MIAMI BEACH FL 33139

**NAME OF EMPLOYEE:** OTTMAN ELQHALEMI
**DEPARTMENT:** WAITER
**FOR WEEK ENDING:** 12-3-12 — 12-9-12
**EXEMPTIONS:**

| DAY OF WEEK | MORNING IN | MORNING OUT | AFTERNOON IN | AFTERNOON OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS | WAGE 7.31 X HOURS | DECLARED TIPS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY | | | | | | | | | |
| TUESDAY | | | | | | | | | |
| WEDNESDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 1 |
| THURSDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 0 |
| FRIDAY | | | | | | | | | |
| SATURDAY | | | | | | | | | |
| SUNDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 0 |
| **TOTAL HOURS** | | | | | | | 24 HRS | | |

NO PERSON PERMITTED TO WORK OVERTIME WITHOUT SPECIAL AUTHORIZATION!
THIS TIME SHEET MUST BE PERSONALLY FILLED OUT AND SIGNED BY EMPLOYEE.
I ACKNOWLEDGE THAT I RECEIVED ALL REQUIRED HOURLY WAGES, OVERTIME WAGES (IF ANY) AND TIPS WHICH I DECLARED MYSELF.

AUTHORIZATION OF OVERTIME _____ EMPLOYEE SIGNATURE _____

HEAVENLY SPIRITS INC
433 LINCOLN ROAD
MIAMI BEACH FL 33139

# Weekly Time Sheet

√ / √

**NAME OF EMPLOYEE:** OTTMAN ELQHLEMI

**DEPARTMENT:** WAITER

**FOR WEEK ENDING:** 12-12-12 — 12-23-12

**EXEMPTIONS:**

| DAY OF WEEK | MORNING IN | MORNING OUT | AFTERNOON IN | AFTERNOON OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS | FOR OFFICE USE ONLY WAGE 7.35 X HOURS | DECLARED TIPS |
|---|---|---|---|---|---|---|---|---|---|
| MONDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 1 |
| TUESDAY | | | | | | | | | |
| WEDNESDAY | | | | | | | | | |
| THURSDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 0 |
| FRIDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 1 |
| SATURDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 0 |
| SUNDAY | | | | | | | | | |
| **TOTAL HOURS** | | | | | | | | 32 / 233.92 | |

A3927 / T30071

NO PERSON PERMITTED TO WORK OVERTIME WITHOUT SPECIAL AUTHORIZATION!
THIS TIME SHEET MUST BE PERSONALLY FILLED OUT AND SIGNED BY EMPLOYEE.
I ACKNOWLEDGE THAT I RECEIVED ALL REQUIRED HOURLY WAGES, OVERTIME WAGES (IF ANY) AND TIPS WHICH I DECLARED MYSELF.

AUTHORIZATION OF OVERTIME _____   EMPLOYEE SIGNATURE _____

**HEAVENLY SPIRITS INC**
433 LINCOLN ROAD
MIAMI BEACH FL 33139

## Weekly Time Sheet

| NAME OF EMPLOYEE | OTMAN ELQAALEMI | | | | | | FOR WEEK ENDING 12-24-12 – 12-30-12 | |
|---|---|---|---|---|---|---|---|---|
| DEPARTMENT | WAITER | | | | | | EXEMPTIONS | |

| DAY OF WEEK | MORNING | | AFTERNOON | | OVERTIME | | TOTAL HOURS | FOR OFFICE USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | | WAGE 7.31 X HOURS | DECLARED TIPS |
| MONDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 0 |
| TUESDAY | | | | | | | | | |
| WEDNESDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 0 |
| THURSDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 0 |
| FRIDAY | 9:00 | 5:00 | | | | | 8 | 58.48 | 1 |
| SATURDAY | | | | | | | | | |
| SUNDAY | | | | | | | | | |
| **TOTAL HOURS** | | | | | | | 32 | 232.? | 1 |

A-9507 / T-3007I

NO PERSON PERMITTED TO WORK OVERTIME WITHOUT SPECIAL AUTHORIZATION!
THIS TIME SHEET MUST BE PERSONALLY FILLED OUT AND SIGNED BY EMPLOYEE.
I ACKNOWLEDGE THAT I RECEIVED ALL REQUIRED HOURLY WAGES, OVERTIME WAGES (IF ANY) AND TIPS WHICH I DECLARED MYSELF.

AUTHORIZATION OF OVERTIME _____   EMPLOYEE SIGNATURE _____